UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID COHEN,

                Plaintiff,

- against -

SELENE FINANCE LP et al.,

                Defendant.

Docket No. 3:17-cv-00747-MAS-LHG

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 17, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:17-cv-00747-MAS-LHG, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 19th **day of** January **, 2018.**

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

# 3442243 v. 1